## MARLOW v. N.C. EMPLOYMENT SECURITY COMM.

No. 604P97

Case below: 127 N.C.App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

## MARSHALL v. SIZEMORE

No. 570A97

Case below: 127 N.C.App. 751

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 February 1998.

## McAULIFFE v. PRECISION DENTAL LAB

No. 6P98

Case below: 128 N.C.App. 185

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.

## MUSE v. BRITT

No. 373P97

Case below: 347 N.C. 268

123 N.C.App. 357

Motion by petitioner for reconsideration of petition for discretionary review dismissed 5 February 1998.

## N.C. FARM BUREAU MUT. INS. CO. v. BRILEY

No. 533P97

Case below: 127 N.C.App. 442

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 February 1998.